IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| REACH ENERGY, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | NO. 4:17-CV-646-A |
| § | |
| CONTINENTAL CASUALTY COMPANY, § | |
| ET AL., § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

Consistent with the discussions had and rulings made during a telephone conference with counsel for plaintiff, Reach Energy, LLC, and counsel for defendant Continental Casualty Company on the line,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by plaintiff against defendant be, and are hereby, dismissed with prejudice, with each party to bear costs and attorney's fees incurred by that party.

SIGNED November 27, 2017.

_____
JOHN McBRYDE
United States District Judge